

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

KANDISE LUCAS,

     Plaintiff,

v.                                Civil Action No. 3:11cv5

HENRICO COUNTY SCHOOL
BOARD, et al.,

     Defendants.

## ORDER

By Orders entered herein on November 4, 2011 and February 17, 2012 (Docket Nos. 38 and 49, respectively), the pending DEFENDANTS' RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS (Docket No. 32) and the plaintiff's MOTION TO AMEND COMPLAINT (Docket No. 43) were referred to Magistrate Judge M. Hannah Lauck for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION (Docket No. 51) entered herein on April 12, 2012, the plaintiff's objections thereto (Docket No. 52), the defendants' response to plaintiff's objections (Docket No. 54) and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1)   The plaintiff's objections are overruled;

(2)   The REPORT AND RECOMMENDATION  of the Magistrate Judge is ADOPTED on the basis of the reasoning of the REPORT AND

RECOMMENDATION except with respect to the characterization of the dismissal;

(3) The DEFENDANTS' RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS (Docket No. 32) is granted and the action will be dismissed with prejudice;

(4) The plaintiff's MOTION TO AMEND COMPLAINT (Docket No. 43) is denied; and the denial is with prejudice; and

(5) This action is dismissed with prejudice.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

This Order may be appealed by the Plaintiff. Any appeal from this decision must be taken by filing a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

The Clerk is directed to send a copy of this Order to the plaintiff and to counsel of record.

It is so ORDERED.

_____ /s/    _REP_

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May _10_, 2012

2